THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES

ABATE, Appellant.— Judgment and order affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.; Merrell and Greenbaum, JJ., dissenting.